UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RUSSELL SCOTT FARIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No 4:16-CV-01175-JAR |
| v. | ) |
| | ) |
| SERGEANT RYAN J. | ) |
| MCCARRICK, et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW C. John Pleban, of Pleban & Petruska Law, LLC and enters his appearance on behalf of the Defendant, Michael Merkel.

                          Respectfully submitted,

                          PLEBAN & PETRUSKA LAW, L.L.C.

                          By:    /s/ C. John Pleban
                                   J.C. Pleban, MO#63166
                                   jc@plebanlaw.com
                                   C. John Pleban, MO#24190
                                   cpleban@plebanlaw.com
                                   2010 South Big Bend Blvd.
                                   St. Louis, Missouri 63117
                                   (314) 645-6666 – Telephone
                                   (314) 645-7376 – Facsimile
                                   Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Federal Electronic Filing System on this 23rd day of September, 2016, via the Court's electronic filing system.

                                   /s/ C. John Pleban