UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RUSSELL SCOTT FARIA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:16-CV-01175-JAR |
| v. | ) | |
| | ) | |
| SERGEANT RYAN J. MCCARRICK, | ) | |
| DETECTIVE MICHAEL MERKEL, | ) | |
| DETECTIVE PATRICK HARNEY, | ) | |
| PROSECUTING ATTY. LEAH ASKEY, | ) | |
| LINCOLN COUNTY, MISSOURI, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT LINCOLN COUNTY MISSOURI'S JOINDER IN DEFENDANTS MCCARRICK, MERKEL AND HARNEY'S MOTION TO DISMISS**

COMES NOW Defendant Lincoln County, Missouri by the undersigned counsel and pursuant to F.R.C.P.8(a)(2) respectfully joins in and incorporates by reference Defendants Ryan McCarrick, Michael Merkel and Patrick Harney's Motion to Dismiss and Memorandum in Support [*Docs. 15 and 16*, respectively]. For its Joinder in that Motion, Defendant Lincoln County, Missouri states as follows:

1. Plaintiff filed his First Amended Petition on or about September 15, 2016, adding Defendant Lincoln County as a party [*Doc. 7*].

2. Counsel entered his appearance for Defendant Lincoln County, Missouri on or about October 18, 2016.

3. Prior to the Entry of Appearance by the undersigned counsel for Defendant Lincoln County, Missouri, Defendants McCarrick, Merkel, and Harney filed a Motion to Dismiss and Supporting Memorandum. Defendant Lincoln County, Missouri joins in the Co-Defendants'

Motion to Dismiss and incorporates herein by reference Co-Defendants' Motion and Memorandum in Support.

4. Defendant Lincoln County, Missouri's Joinder in the pending Motion to Dismiss is not filed to delay these proceedings but in the interest of streamlining the case and burden on the Court and parties hereto.

WHEREFORE, for the reasons stated in Defendants McCarrick, Merkel and Harney's Motion to Dismiss, Defendant Lincoln County, Missouri respectfully prays that this Court enter an Order dismissing Plaintiff's Amended Petition in its entirety pursuant to Rule 8(a) with leave to file a Second Amended Petition that complies with the Federal Rules of Civil Procedure. Although Count VI of the First Amended Complaint does not state a <u>Monell</u> claim against Defendant Lincoln County, Missouri, to the extent it may be construed to allege a claim against Defendant Lincoln County, Missouri, it respectfully prays the Court enter its Order dismissing that Count for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6); and for such further orders as this Court deems just and proper in the premises.

                                      BARKLAGE, BRETT & HAMILL, P.C.

BY:        /s/ Joel D. Brett
            JOEL D. BRETT #33471
            Attorney for Defendant Lincoln County
            211 North Third Street
            St. Charles, MO  63301
            Telephone (636) 949-2120
            Facsimile (636) 949-8786
            jbrett@barklage-brett.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon those persons named below, this 14th day of November, 2016 via ECF to:

W. Bevis Schock #32551
777 Bonhomme Avenue, Suite 1300
St. Louis, MO 63105
Telephone: (314) 726-2322
Fax: (314) 721-1698
wbschock@schocklaw.com

Joel J. Schwartz #39066
Nathan J. Swanson #62616
Rosenblum, Schwartz, Rogers, and Glass
120 S. Central, Suite 130
Clayton, MO 63105
Telephone: (314) 862-8050
Fax: (314) 862-4332
jschwartz@rsrglaw.com
nswanson@rsrglaw.com
*Attorneys for Plaintiff*

Steven F. Coronado #36392
Coronado Katz LLC
14 W. Third, Suite 200
Kansas City, MO 64105
Telephone: (816) 410-6600
Fax: (816) 337-3892
steve@coronadokatz.com

                                              /s/ *Joel D. Brett*
                                              Joel D. Brett