UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RUSSELL SCOTT FARIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:16-cv-01175-JAR |
| | ) |
| RYAN J. McCARRICK, et al.,, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on non-party Movant Pamela Hupp's Motion to Quash Subpoena (Doc. 48) and Plaintiff Russell Scott Faria's Motion for Hearing (Doc. 49). After a status conference with counsel,

**IT IS HEREBY ORDERED** that Movant's Motion to Quash (Doc. 48) is **GRANTED** and this notice of subpoena is quashed with leave to Plaintiff to re-notice Movant at a later date.

**IT IS FURTHER ORDERED** that, in the event Plaintiff later seeks to depose Movant, Plaintiff shall first identify areas of inquiry or agree to submit written questions in lieu of oral testimony. Movant and Defendants will be given an opportunity to file any objections to the notice or questions for the Court's consideration.

Dated this 12th day of January, 2018.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE