UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RUSSELL SCOTT FARIA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:16-cv-01175-JAR |
| RYAN J. McCARRICK, et al., | ) ) ) |
| Defendants. | ) ) ) |

## ORDER

This matter is before the Court on Plaintiff Russell Scott Faria's Motion to Compel [53].

After hearing, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel [53] is **GRANTED in part and DENIED in part** as set forth on the record.

**IT IS FURTHER ORDERED** that Defendants may, **no later than Monday, April 30, 2018**, submit proposed questions to non-party Witness Pamela Hupp.

**IT IS FINALLY ORDERED** that the parties may, **no later than Thursday, May 3, 2018**, submit further briefing on the issues discussed at the hearing.

Dated this 26th day of April, 2018.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**