UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RUSSELL SCOTT FARIA,<br><br>                    Plaintiff,<br><br>v.<br><br>SERGEANT RYAN J. MCCARRICK,<br>DETECTIVE MICHAEL MERKEL,<br>DETECTIVE PATRICK HARNEY,<br>PROSECUTING ATTORNEY LEAH<br>ASKEY,<br><br>                    Defendants. | CASE NO. 4:16-cv-01175-JAR |

## DEFENDANT LEAH ASKEY'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Prosecutor Leah Askey, by and through counsel and pursuant to Fed. R. Civ. P. 56 and Local Rule 7-4.01(E), and respectfully moves the Court to enter summary judgment on her behalf as there is no genuine issue of material fact and she is entitled to judgment as a matter of law on all counts applicable to her in Plaintiff's First Amended Complaint. Lincoln County Prosecutor Leah Askey has absolute immunity and qualified immunity from plaintiff's claims in this case. For her motion for summary judgment, Prosecutor Askey states as follows:

1.    Summary Judgment is warranted on all counts of Plaintiff's First Amended Complaint against her because she is vested with Absolute Prosecutorial Immunity. As Lincoln County Prosecutor, she is immune for all her actions leading up to making the decision to charge Russell Faria for the murder of his wife Betsy, the decision to file charges, and the prosecution of Faria which followed. *Woodworth v. Hulshof*, 891 F.3d 1083, 1089 (8th Cir. 2018); *Burns v. Reed*, 500 U.S. 478, 486 (1991); *Imbler v. Pachtman*, 424 U.S. 409, 430-31 (1976); *Sample v. City of Woodbury*, 836 F.3d 913, 916 (8th Cir. 2016); *Brodnicki v. City of Omaha*, 75 F.3d 1261, 1267

1

(8th Cir. 1996); *Lewellen v. Raff*, 843 F.2d 1103, 1113–14 (8th Cir. 1988); *Williams v. Hartje*, 827 F.2d 1203, 1209 (8th Cir. 1987).

2. Prosecutor Askey is also entitled to summary judgment as a matter of law on Plaintiff's claim or allegation he was arrested and prosecuted without probable cause. Aside from the insulation of absolute prosecutorial immunity, the indictment of Plaintiff by the Grand Jury conclusively establishes probable cause for the prosecution. *Hazlett v. City of Pine Lawn*, No. 4:12-CV-1715 JAR, 2014 WL 2441372, at *4 (E.D. Mo. May 30, 2014); *Gerstein v. Pugh*, 420 U.S. 103, 117 n. 19, (1975); *Durham v. Horner*, 690 F.3d 183, 189 (4th Cir. 2012). This holds even though Plaintiff was subsequently found not-guilty at a second bench trial. *Id.*

3. Prosecutor Askey is also entitled to summary judgment as a matter of law on Plaintiff's claim or allegation that she participated in a conspiracy to convict plaintiff Faria. There is no evidence of a conspiracy to deprive Plaintiff of any right. Nonetheless, Prosecutor Askey has absolute immunity from a claim of conspiracy. *Woodworth v. Hulshof*, 891 F.3d 1083, 1089-90 (8th Cir. 2018); *Reasonover v. St. Louis Cty., Mo.*, 447 F.3d 569, 580 (8th Cir. 2006).

4. In addition, aside from absolute prosecutorial immunity, Prosecutor Leah Askey is entitled to summary judgment because all of her actions were taken in good faith as the elected prosecutor of Lincoln County, Missouri and were objectively reasonable as a matter of law, and thus she is vested with qualified immunity. *White v. Pauly*, 137 S. Ct. 548, 551–52, 196 L. Ed. 2d 463 (2017); *Mullenix v. Luna*, 136 S.Ct. 305, 308, 193 L.Ed.2d 255 (2015); *Messerschmidt v. Millender*, 132 S. Ct. 1235 (U.S. 2012); *Pearson v. Callahan,* 555 U.S. 223, 231 (2009); *Buckley v. Fitzsimmons*, 509 U.S. 259, 276–78, 113 S. Ct. 2606, 2617–18, 125 L. Ed. 2d 209 (1993)*; Graham v. Connor*, 490 U.S. 386, 397 (1989); *Young v. Mercer Cty. Comm'n*, 849 F.3d 728, 735 (8th Cir. 2017).

5.     Suggestions in support of this Motion for Summary Judgment are filed herewith and incorporated herein.

6.     Defendant Prosecutor Leah Askey respectfully requests oral argument on this Motion.

WHEREFORE, Defendant Prosecutor Leah Askey respectfully prays the Court grant her Motion for Summary Judgment and that the Plaintiff's First Amended Complaint be dismissed against her in its entirety; judgment be entered in her favor, at Plaintiff's cost; for her attorney's fees as prevailing party; and for any such other relief as the Court deems necessary in the premises.

Respectfully Submitted,

CORONADO KATZ LLC

/s/ Christopher L. Heigele

| Steven F. Coronado | MBN 36392 |
| Christopher L. Heigele | MBN 45733 |

14 W. Third, Suite 200
Kansas City, MO 64105
Telephone: (816) 410-6600
Facsimile:  (816) 337-3892
steve@coronadokatz.com
chris@coronadokatz.com
Attorneys for Defendant Askey

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing was sent electronically on September 21, 2018, to:

| | |
|---|---|
| W. Bevis Schock  MBN 32551<br>777 Bonhomme Ave., Suite 1300<br>St. Louis, MO 63105<br>Telephone: (314) 726-2322<br>Fax:  (314) 721-1698<br>wbschock@schocklaw.com<br>Attorneys for Plaintiff | Joel J. Schwartz  MBN 39066<br>Nathan T. Swanson  MBN 62616<br>Rosenblum, Schwartz, Rogers and Glass<br>120 S. Central, Ste. 130<br>Clayton, MO 63105<br>Telephone:  (314) 862-8050<br>Fax:  (314) 862-4332<br>jschwartz@rsrglaw.com<br>nswanson@rsrglaw.com<br>Attorneys for Plaintiff |
| Robert J. Krehbiel<br>Jason S. Retter  MBN 59683<br>King, Krehbiel & Hellmich, LLC<br>2000 South Hanley Road<br>St. Louis, MO 63144-1524<br>Telephone: (314) 646-1110<br>Fax: (646) 1122<br>rkrehbiel@kingkrehbiel.com<br>Attorney for Defendants McCarrick and Harney | Joel D. Brett  MBN 33471<br>Barklage, Brett & Hamill, P.C.<br>211 N. Third Street<br>St. Charles, MO 63301<br>Telephone:  (636) 949-2120<br>Facsimile (636) 949-8786<br>jbrett@barklage-brett.com<br>Attorney for Defendant Lincoln County |
| J.C. Pleban  MBN 63166<br>C. John Pleban  MBN 24190<br>Steven R. Kratky  MBN 61442<br>Pleban & Petruska Law, L.L.C.<br>2010South Big Bend Road<br>St. Louis, Missouri 63114<br>Telephone: (314) 645-6666<br>Fax: (314) 645-7376<br>jc@plebanlaw.com<br>cpleban@plebanlaw.com<br>skratky@plebanlaw.com<br>Attorneys for Defendant Michael Merkel | |

             /s/ Christopher L. Heigele
             Attorneys for Defendant Leah Askey