UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RUSSELL SCOTT FARIA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.  4:16-CV-01175-JAR ) |
| SERGEANT RYAN J. McCARRICK, *et al.* | ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
SINGLE OMNIBUS MEMORANDUM IN OPPOSITION
TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT AND
TO DAUBERT MOTIONS EXCLUDE EXPERTS, AND
TO FILE SINGLE STATEMENT OF ADDITIONAL FACTS, AND
FOR THE MEMORANDUM IN OPPOSITION TO EXCEED THE 15 PAGE LIMIT**

Comes now Plaintiff Russell Scott Faria, by counsel W. Bevis Schock, Joel J. Schwartz Nathan T. Swanson and Hugh A. Eastwood, and moves for leave to file a single Omnibus Memorandum in Opposition to Defendants Motion for Summary Judgment and Daubert Motions to Exclude Expert Testimony, to file a single Statement of Additional Facts, and for the Memorandum in Opposition to exceed the 15 page limit.  In support whereof Plaintiff states:

This is a factually intensive Track 3 civil rights case.  Defendants have Memorandums in Support of their Three Motions for Summary Judgment and two Daubert Motions as follows:

| Filer | Document | No. of Pages | Doc # |
|---|---|---|---|
| Askey | Defendant Leah Askey's Motion for Summary Judgment (includes Stmt of Facts) | 24 | 78 |
| Askey | Suggestions in Support of Defendant Leah Askey's Motion for Summary Judgment | 24 | 79 |
| Joint | Suggestions in Support of the Defendants' Motion to Exclude the Testimony of Plaintiff's Designated Expert Glenn Norton, Esq. | 12 | 81 |

| | | | |
|---|---|---|---|
| Lincoln County | Memorandum of Law In Support of Defendant, Lincoln County, Missouri's, Motion for Summary Judgment | 9 | 83 |
| McCarrick, Merkel and Harney | Memorandum in Support of Motion of Defendants McCarrick, Merkel, and Harney for Summary Judgment | 19 | 87 |
| Joint | Defendants' Memorandum of Law in Support of their Joint Motion to Exclude the Testimony of Plaintiff's Designated Expert Witness Jeffrey J. Noble | 16 | 89 |
| | **Total:** | 104 | |

Plaintiff's responsive pleadings are due on Monday, October 29 and undersigned counsel are in the final phases of preparing those pleadings. If Plaintiff were to respond to Defendants' Memorandums in Support one by one, then there would be numerous redundancies. Thus one Omnibus Memorandum in Opposition document will promote judicial economy.

Plaintiff is responding individually to Defendants' respective Statements of Facts. Nevertheless, the facts are intertwined, and it will also promote judicial economy for Plaintiff to file a single Statement of Additional Facts in Response to all of Defendants' Motions for Summary Judgment. .

As the court can see, Defendant's six pleadings total 104 pages.

E.D.Mo. L.R. 7-4.01(D) places a 15 page limit on memoranda.

As of this filing undersigned counsel expect the Omnibus Response, if this motion is granted, to be in the range of 150 pages. Plaintiff suggests that number of pages is within reasonable range of Defendants' total of 104 pages. Further, Plaintiff has had no choice but to go into the facts and arguments in great detail in order to fully respond to Defendants' facts and arguments.

WHEREFORE, Plaintiffs pray for leave to file a single Omnibus Memorandum in Opposition to Defendants Motion for Summary Judgment and Motions to Exclude Expert Testimony, to file a single Statement of Additional Facts, and to exceed the 15 page limit.

Respectfully Submitted,

Counsel for Plaintiff

   /s/ W. Bevis Schock   .
W. Bevis Schock, 32551MO
Attorney at Law
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.com
Fax:    314-721-1698
Voice: 314-726-2322

   /s/ Joel J. Schwartz   .
Joel J. Schwartz, 39066MO
Rosenblum, Schwartz & Fry
120 S. Central, Ste. 130
St. Louis, MO  63105
Fax:    314-862-8050
Voice: 314-862-4332

   /s/ Nathan T. Swanson   .
Nathan T. Swanson, 62616MO
Rosenblum, Schwartz & Fry
120 S. Central, Ste. 130
St. Louis, MO  63105
Fax:    314-862-8050
Voice: 314-862-4332

   /s/ Hugh A. Eastwood   .
Hugh A. Eastwood, 62058MO
Attorney at Law
7911 Forsyth Blvd., Ste. 300
St. Louis, MO 63105
heastwood@eastwoodlawstl.com
Fax:    314-863-5335
Vox:    314-809-2343

CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

All counsel of record
 /s/ W. Bevis Schock   .
W. Bevis Schock, 32551MO