UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RUSSELL SCOTT FARIA,  )
          )
          Plaintiff,  )
          )
     vs.  )  Case No. 4:16-CV-01175-JAR
          )
SERGEANT RYAN J. McCARRICK,  )
et al.,  )
          )
          Defendants.  )

VIDEO DEPOSITION OF BECKY MARIE MERKEL

Taken on behalf of the Plaintiff

October 25, 2017

Reported by: Christine A. LePage, CCR #1000

COURT REPORTING ASSOCIATES
P.O. Box 440014
St. Louis, Missouri 63144
(314) 961-6306
(314) 265-4602

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RUSSELL SCOTT FARIA,  )
          Plaintiff,  )
     vs.  )  Case No. 4:16-CV-01175-JAR
SERGEANT RYAN J. McCARRICK,  )
et al.,  )
          Defendants.  )

COPY

VIDEO DEPOSITION OF BECKY MARIE MERKEL, taken on behalf of the Plaintiff, on the 25th day of October, 2017, between the hours of eight o'clock in the forenoon and six o'clock in the afternoon of that day, at the offices of Barklage, Brett & Hamill, 211 North Third Street, St. Charles County, before Christine A. LePage, a Registered Professional Reporter, Certified Court Reporter, and Notary Public.

---

APPEARANCES

The Plaintiff was represented by W. Bevis Schock, Esq., 7777 Bonhomme Avenue, Suite 1300, St. Louis, Missouri 63105.

The Defendants McCARRICK, MERKEL, and HARNEY were represented by Jason S. Retter, Esq., of the law firm of King, Krehbiel & Hellmich, LLC, 2000 South Hanley Road, St. Louis, Missouri 63144.

The Defendant MERKEL was represented by J.C. Pleban, Esq., of the law firm of Pleban & Petruska Law, LLC, 2010 South Big Bend Boulevard, St. Louis, Missouri 63117.

The Defendant ASKEY was represented by Christopher L. Heigele, Esq., of the Law Offices of Coronado Katz, LLC, 14 West Third Street, Suite 200, Kansas City, Missouri 64105.

The Defendant LINCOLN COUNTY was represented by Joel D. Brett, Esq., of the law firm of Barklage, Brett & Hamill, P.C., 211 North Third Street, St. Charles, Missouri 63301.

Also present was Leah Askey.

---

INDEX

|  | Page | Line |
|---|---|---|
| Direct Examination | 5 | 6 |

Exhibit 29

```
1                     -oOo-
2              BECKY MARIE MERKEL,
3  of lawful age, having been first duly sworn to testify the
4  truth, the whole truth, and nothing but the truth, deposes
5  and says on behalf of the Plaintiff as follows:
6                  DIRECT EXAMINATION
7  QUESTIONS BY MR. SCHOCK:
8      Q   Ma'am, my name is Bevis Schock, I represent
9  Russell Faria in the case that you're here to testify
10 about.  Would you please identify yourself by giving your
11 full name to the court reporter?
12     A   Becky Marie Merkel.
13     Q   So, Becky, is that short for something?
14     A   No, that's the name given, my birth certificate.
15     Q   Okay.  And you had a prior name in 2011; is that
16 right?
17     A   Correct.
18     Q   What was your name then?
19     A   Mueller.
20     Q   Spell that, please.
21     A   M-U-E-L-L-E-R.
22     Q   And now you're married to a defendant in this
23 case?
24     A   Correct.
25     Q   Mr. Merkel?
```
5

```
1      A   (Witness nods.)
2      Q   That's right?
3      A   Correct.
4      Q   Okay.
5          MR. SCHOCK:  So let's all announce our
6  appearances.
7          MR. RETTER:  Thank you.  My name is Jason
8  Retter, I'm an attorney for the Defendants Merkel,
9  McCarrick, and Harney.
10         MR. PLEBAN:  J.C. Pleban for Merkel.
11         MR. HEIGELE:  Chris Heigele for Prosecutor
12 Askey.
13         MR. PLEBAN:  I should say Mike Merkel.
14         MR. BRETT:  Joel Brett, Lincoln County.
15     Q   (by Mr. Schock)  And, ma'am, you understand that
16 there are two attorneys here that represent your husband,
17 right?
18     A   Correct.
19     Q   Do either of them represent you in this case?
20     A   No.
21     Q   I'm here to ask you some questions about the
22 investigation of the murder of Betsy Faria, so let me
23 start by asking you, what is your current occupation?
24     A   I work as a crime scene evidence technician at
25 the Lincoln County Sheriff's Office.
```
6

```
1      Q   How long have you had that position?
2      A   Nine years.
3      Q   What are your duties in that position?
4      A   To collect and preserve and document the
5  evidence that comes in and is seized by employees from the
6  sheriff's office.
7      Q   Are you a licensed police officer?
8      A   No.
9      Q   Do you have any certificates in your
10 professional field?
11     A   Yes.
12     Q   Tell me about that.
13     A   It's crime scene -- or it's Certified Property
14 and Evidence Technician, so it's through the IAPE, the
15 International Association of Property and Evidence.
16     Q   And what certificate do you hold?
17     A   It's Certified Property and Evidence Specialist.
18     Q   Okay, just what you said.  I thought that was
19 more of a description than a title.
20     A   No.
21     Q   I got it.  And how long have you held that?
22     A   Since 2011.
23     Q   What part of 2011?
24     A   November.
25     Q   So you got it in November before this murder by
```
7

```
1  a few weeks, I guess?
2      A   Correct.
3      Q   And tell me about what you did to get that
4  certificate.
5      A   I attended a class in May in Toledo, Ohio to --
6  it's a lecture class, and then I took a test.
7      Q   And is it all about how to keep track of
8  evidence?
9      A   Uh-huh.  Correct.
10     Q   Is it about gathering evidence or keeping track
11 of it?
12     A   It's more for the property room, it's for
13 storage purposes.
14     Q   In 2011, were you involved in December of that
15 year, the final week, in the investigation of the murder
16 of Betsy Faria?
17     A   Yes.
18     Q   How were you involved in that investigation?
19     A   The Major Case Squad was called out, so
20 St. Charles County crime scene unit processed crime
21 scenes, Lincoln County's crime scene unit stayed in house
22 and we received evidence from leads that the detectives
23 brought in.  So any written statements or buccal swabs
24 that the Major Case detectives gathered from their leads,
25 they would form an evidence log, package it, and then give
```
8

**Page 9**

1  it to me at the sheriff's office.
2  Q  And you had a place you stored it?
3  A  Correct.
4  Q  And I guess this is very important for chain of
5  custody, right?
6  A  Yes.
7  Q  Which involves admissibility in court, that if
8  evidence is brought into court has to be the same evidence
9  that was gathered, et cetera, correct?
10  A  Yes.
11  Q  And that's what you're involved in?
12  A  Yes.
13  Q  And so during the Major Case Squad call-out
14  which went through the 31st, did you, in fact, receive
15  property, excuse me, evidence in your room?
16  A  Yes.
17  Q  And you handled it in a routine manner?
18  A  Yes.
19  Q  Did you have any other involvement in the
20  investigation during the call-out?
21  A  I believe I swabbed Mr. Faria's feet for DNA.
22  Q  And where did you do that?
23  A  Would have been in an interview room in the
24  Lincoln County Sheriff's Office.
25  Q  Was that -- Well, when was that in terms of --

**Page 10**

1  The murder happened, I will just tell you, on the 27th in
2  the evening, and in reference to that point in time, when
3  did you do that?
4  A  I don't recall what date I took the swabs.
5  Q  I mean, do you think it was the next morning or
6  the following day or do you know?
7  A  I don't recall.
8  Q  That's fine. Had he -- Was he -- Did he appear
9  to be in custody when you did that?
10  A  He was in the interview room.
11  Q  Was he in handcuffs?
12  A  I don't recall.
13  Q  Did you just go in there and start talking to
14  him?
15  A  No.
16  Q  Who was with you?
17  A  Detective Ray Floyd.
18  Q  And how did it come about that you played that
19  function?
20  A  It was requested that my presence -- my presence
21  was requested to go into the interview room and obtain DNA
22  from his feet.
23  Q  Had you ever gathered DNA from someone before?
24  A  Yes.
25  Q  Is that something you would have been trained to

**Page 11**

1  do?
2  A  Yes.
3  Q  You're familiar with the process?
4  A  Yes.
5  Q  Knew how to do it?
6  A  Yes.
7  Q  Knew how to preserve the material you gathered?
8  A  Yes.
9  Q  You say you were requested. Do you remember who
10  requested you?
11  A  I don't.
12  Q  That's fine. So do you have any recall of any
13  other activity with this murder over those four days of
14  the call-out?
15  A  No.
16  Q  Your husband was working around the clock on
17  this project, correct?
18  A  He was not my husband then.
19  Q  Good point. Were you involved with him in a
20  personal relationship at that time?
21  A  Yes.
22  Q  Okay. Did you live together?
23  A  No.
24  Q  Were you talking to him about what was going on,
25  though, because you were already involved with him?

**Page 12**

1  A  I'm sorry?
2  Q  You were already involved with him, you had a
3  romantic relationship with him at that time?
4  A  Correct.
5  Q  And were you talking to him about the work that
6  was ongoing in the investigation?
7  A  Yes.
8  Q  Were there any discussions about who the
9  suspects were in the case that you recall?
10  A  I believe they were speaking to Pam Hupp and
11  Russ Faria.
12  Q  Did you understand that Pam Hupp was a suspect?
13  A  I understood evidence was being seized from
14  multiple people, and we had received evidence from her.
15  Q  I'm talking about these discussions you had with
16  Mr. Merkel. Did you talk about who might have committed
17  the murder with him, did you talk about it as two human
18  beings?
19      MR. PLEBAN:  At any point or --
20  Q  (by Mr. Schock)  During the four days.
21  A  Oh, I don't recall.
22  Q  At any time did you talk about it?
23  A  I'm sure there was --
24      MR. PLEBAN:  Hold on a second.
25      MR. RETTER:  Yeah.

**Page 13**

```
 1        MR. PLEBAN:  I think at some point, Bevis, once
 2   they married there's a spousal privilege that attaches to
 3   it, which is -- I think there's case law, I mean, we can
 4   discuss that, but that's why I asked you the time frame.
 5        MR. SCHOCK:  Yeah, and that's a fair point.
 6   Q    (by Mr. Schock)  Did you talk about it with him
 7   before you got married?
 8   A    I don't recall.
 9   Q    When did you get married?
10   A    10/12 of '14.
11   Q    Let's go on from there.  Did you get involved in
12   the -- a luminescence test taken at the Faria house on
13   Sumac Drive, one of the first -- maybe 1st, 2nd, or 3rd of
14   January 2012?
15   A    I was present, yes.
16   Q    How did it come about that you were present?
17   A    The Major Case Squad had left, and all other
18   leads and investigations were to be conducted through the
19   Lincoln County Sheriff's Office, and I am part of the
20   crime scene unit, so when that was requested of us, we
21   responded to the house on Sumac Drive.
22   Q    But your job, I thought, was to keep track of
23   evidence once it was brought to you.  So explain why you
24   actually were involved in this matter in gathering
25   evidence.
```

**Page 14**

```
 1   A    I hold a dual role at the sheriff's office as
 2   crime scene evidence and -- it's crime scene and evidence,
 3   so you're a crime scene technician and you're an evidence
 4   technician, so you process scenes and you withhold or
 5   retain the items from all cases.
 6   Q    When you say -- you're using the word you, the
 7   second person, you actually mean yourself, right, that's
 8   what you do?
 9   A    That's what I do.
10   Q    I understand now.  So it was at -- Had you done
11   luminescence tests before this one, had you ever been
12   involved in one of those before?
13   A    No.
14   Q    So this was your first one?
15   A    Yes.
16   Q    Tell me your exact role in that luminescence
17   test.
18   A    I observed it and I attempted to photograph.
19   Q    Did you, when you say you observed it, did you
20   observe the preparation of the room by the covering up of
21   windows and things?
22   A    Yes.
23   Q    How dark was it in there?
24   A    As dark as --
25   Q    Was it like dark night, you couldn't see
```

**Page 15**

```
 1   anything, when there's no moon and no stars, or was there
 2   light beaming in?
 3   A    It was during the day, and things were put over
 4   the windows to make it as dark as possible.
 5   Q    Okay.  And then do you remember that there was a
 6   sprayer maybe to distribute the illuminating material;
 7   does that sound right?
 8   A    Yes.
 9   Q    Did you observe that happening?
10   A    Yes.
11   Q    What rooms was that -- was that spray sprayed
12   in?
13   A    The living room, which was a carpeted area, and
14   the kitchen, which was a hard surface area.
15   Q    And had any linoleum tiles been removed from the
16   kitchen at that point?
17   A    No, they were all still in place when the spray
18   was sprayed.
19   Q    And when the spray was sprayed, did you observe
20   any luminescence in the house?
21   A    Yes.
22   Q    Tell me what luminescence you saw.
23   A    It was tested on the area in the living room
24   where Miss Faria was last found, you could still see the
25   stain in the carpet.
```

**Page 16**

```
 1   Q    It sort of showed up as a bright -- not bright,
 2   but an illumination, a glowing, right?
 3   A    It fluoresced.
 4   Q    Fluoresced, okay, that's the word we're looking
 5   for, okay.
 6   A    So that was done as a test area, and then we
 7   moved into the kitchen on the hard surface area.
 8   Q    And what did you see there?
 9   A    It fluoresced as well.
10   Q    Where?
11   A    On the floor and on some cabinet facings.
12   Q    Okay.  Where on the floor?
13   A    Do you want me to draw a picture?
14   Q    Sure.  I'll give you a piece of paper.  I
15   understand you're not a professional artist, just do your
16   best.
17        MR. HEIGELE:  I'm going to assume scale is also
18   an issue.
19        MR. SCHOCK:  She's going to do her best.
20        MR. HEIGELE:  It's not going to be to scale,
21   that's what I'm joking about.
22   A    So here's the front door, (indicating,) there's
23   a stairwell in this area, (indicating,) you walk into the
24   living room, there's a couch over here, (indicating,) and
25   then you enter the kitchen this way, (indicating).  It
```

**Page 17**

1  fluoresced in this area, (indicating,) there's a sink on
2  this wall, (indicating,) but this area is where I saw it
3  fluoresced, (indicating).
4      Q    (by Mr. Schock) Okay. So you saw it on the
5  floor headed toward the back of the kitchen?
6      A    Yes.
7      Q    Okay. Did it seem to be random dots? Were
8  there large dots? small dots? Please describe what you
9  saw on the floor.
10     A    I don't recall a pattern.
11     Q    Do you recall they were in a line?
12     A    I don't recall a pattern.
13     Q    Okay. Do you recall any -- what might be seen
14 as wiping type motions, say where -- where there was sort
15 of a somewhat circular type --
16     A    I would say it fluoresced.
17     Q    You just saw some fluorescence?
18     A    Yes.
19     Q    And no pattern, okay. How about other than on
20 the floor what did you see? What kind of -- Was there a
21 pattern?
22     A    No pattern.
23     Q    Just some dots?
24     A    No pattern.
25     Q    There was one picture that showed kind of a

**Page 18**

1  large splotch. Do you remember a large splotch?
2      A    Just the area fluoresced.
3      Q    Just the area fluoresced?
4      A    Yes.
5      Q    And did you check the bedroom as well?
6      A    I did not.
7      Q    Okay. Because that wasn't done or because you
8  didn't go back there?
9      A    I did not see the spray sprayed in the bedroom.
10     Q    In the sense that it didn't happen or you didn't
11 see it happen? I mean, do you know if they did it back
12 there or not?
13     A    Not to my knowledge.
14     Q    All right. So the main area they were checking
15 was the kitchen, would that be a fair statement, after
16 they did the test where the body was?
17     A    That's where I saw.
18     Q    Now, what involvement did you have, if any, in
19 the photography --
20     A    Of what?
21     Q    -- of the lumination?
22     A    I took -- I attempted to take photographs of it,
23 the camera was passed back and forth. The setting on the
24 camera, something was wrong with it. I can recall the
25 camera having red tape over it, so it was -- photography

**Page 19**

1  was attempted, photos were attempted.
2      Q    Was it a digital camera?
3      A    Yes.
4      Q    So it's one of those cameras where you can see
5  on a little printout what you're going to get before you
6  take it? Some of these cameras you can actually see on a
7  little screen what you're about to shoot. Was it that
8  kind of a camera?
9      A    It was that kind, but that's not how we
10 photograph.
11     Q    Okay. How did you photograph?
12     A    Through the viewfinder, through the little hole.
13     Q    And have you ever seen those pictures of that?
14     A    Yes.
15     Q    Okay. Do you think the pictures accurately
16 reflect what you saw?
17     A    No.
18     Q    What's the difference?
19     A    You can -- I physically saw the floor fluoresce,
20 and the camera doesn't depict those as well as I saw them.
21     Q    Is that the only difference?
22     A    To my knowledge.
23     Q    Do you know -- So when you would snap a picture,
24 would you then see a little picture on the -- you said you
25 had the kind of camera that had a little scene of what was

**Page 20**

1  through the lens. Could you see what the photograph that
2  had been taken looked like afterwards?
3      A    Briefly.
4      Q    Were you aware that something was wrong with the
5  camera?
6      A    Yes.
7      Q    Did you think about going and getting a
8  different camera or anything?
9      A    No.
10     Q    Did you have only one camera?
11     A    No.
12     Q    How many cameras did you have?
13     A    Two.
14     Q    Were they both Lincoln County cameras?
15     A    Yes.
16     Q    Did you try to take pictures with those cameras?
17     A    No.
18     Q    Why not?
19     A    It wasn't on my person.
20     Q    Where was it?
21     A    I don't recall.
22     Q    Was it in somebody's car?
23     A    That's a possibility.
24     Q    Was there any discussion among the people there
25 that the camera was not working properly?

```
 1   A    I don't recall.
 2   Q    Do you distinctly remember that the camera was
 3 not functioning and taking pictures consistent with what
 4 you saw?
 5   A    Correct.
 6   Q    And you don't remember any discussion about what
 7 to do about that?
 8   A    I don't remember specific words that were said.
 9   Q    Do you remember the general sense of what was
10 said?
11   A    I don't.
12   Q    Did anybody ever speak to you about what the
13 objective was in taking these pictures?
14   A    No.
15   Q    So you had no idea what you were really looking
16 for?
17   A    No.
18   Q    I mean, wasn't there something about the idea
19 that maybe there had been a cleanup and maybe that there
20 would be luminescence in the area of cleanup?  Did you not
21 hear anything about that, anything about that at all?  You
22 didn't know about that?
23   A    Yes.
24   Q    Oh, you did know about that.  Yes, you did know
25 about that?
```
21

```
 1   A    Only when I arrived on scene was I briefed on
 2 what was going to happen.
 3   Q    Okay.  Who briefed you?
 4   A    I don't recall.
 5   Q    Who was with you at the photography, at the --
 6 for this luminescence test?
 7   A    Detective McCarrick, Detective Merkel, and our
 8 other crime scene technician, Tabitha Markwardt.
 9   Q    So just so I know, there's two Merkels, or
10 Mueller, Merkel, McCarrick, and you said Markwardt?  I'm
11 sorry.
12   A    Yes, she's now a Wilson.
13   Q    And what is the first name?
14   A    Tabitha.
15   Q    Tabitha?
16   A    Uh-huh.
17   Q    And there were four of you, or did I miss
18 somebody?
19   A    That's who I recall.  There could have been
20 more.
21   Q    Did you have anything else to do with the
22 investigation of the murder of Betsy Faria other than
23 taking evidence into your property room?
24   A    When St. Charles County was done processing the
25 evidence that they seized from their call-out, I
```
22

```
 1 eventually had to go down to their sheriff's office and
 2 retrieve that property, and now it sits in our facility.
 3   Q    And a couple more questions about this
 4 illumination.
 5   A    Okay.
 6   Q    How long do you think you were at the house?
 7   A    I don't recall.
 8   Q    Do you know what time -- First of all, did you
 9 get there over the holiday weekend or on the next day, do
10 you know?
11   A    I didn't respond to the house until January.
12   Q    Right.  I mean, so January 1st was a holiday,
13 right?
14   A    New Year's Day.
15   Q    Okay.  And do you know whether you did that --
16 Did you work -- Did you do it on New Year's Day or did you
17 do it the next day, do you know?
18   A    I have an evidence log, but it's not here with
19 me, I'd have to refer back to that.
20   Q    Whatever day it was, you only made one trip; is
21 that true?
22   A    Whatever my evidence log says.
23   Q    Okay.  And did you have a search warrant, do you
24 remember that?
25   A    I don't recall.
```
23

```
 1   Q    And do you -- As you sit here today, do you
 2 remember how you all decided that the test was over and
 3 that you weren't going to do anything else?  I mean, how
 4 did you decide, well, okay, we finished this now?
 5   A    When we seized items from the residence, we
 6 conducted the tests, it indicated the areas that
 7 fluoresced, we removed those areas that fluoresced.
 8   Q    You did that right then?
 9   A    Yes.
10   Q    Okay.  Who did that?
11   A    It was a group effort between myself, Detective
12 Merkel, Detective McCarrick.
13   Q    How did you get up the floor linoleum?
14   A    We have scalpels and utility knives in our tool
15 kits.
16   Q    And just got them up.  Did anybody cut
17 themselves getting them up?
18   A    No.
19   Q    Did you make an effort to keep the surfaces
20 clear from contamination?
21   A    Yes, they went straight into paper bags.
22   Q    Was anything put on top of them so that whatever
23 was on them wouldn't soak into the paper bag?  I mean, did
24 you have any way to stop that from happening?
25   A    Can you ask that again?
```
24

Q  Sure. Well, if you put something in a paper bag and there's something on it, it could go -- it could sort of move into the paper. Did you have a way to prevent that, I mean, or did you just put them in a paper bag?

A  Correct, nothing was laid on top of the item that was seized.

Q  Okay. And there were several cabinets, covers, right?

A  The facings.

Q  Facings, yeah. Including the pulls?

A  I'm not sure if they had pulls on them or not.

Q  Yeah, sometimes they're just by their shape, right. And how long do you think that process took, getting those pieces of floor up?

A  I'd have to refer to my evidence log or my report.

Q  Did you all just work with reasonable speed and get it done?

A  Yes.

Q  Do you remember when you walked in whether you walked -- when you walked into the house, did you walk into the kitchen?

A  Are you asking me how I entered the house?

Q  No, after you got in the house, did you walk into the kitchen?

25

A  Immediately?

Q  At any time.

A  Yes, I had to go into the kitchen to get the evidence, the cabinet facings and the flooring.

Q  Okay. Did you walk in before you did the illumination test, walk in the kitchen before the test?

A  I don't recall.

Q  When you walked in, do you recall the condition of the floor in terms of its cleanliness?

A  Nothing stands out.

Q  There had been some evidence that the floor was a little dirty. Do you remember that either way?

A  I don't remember if it was clean or dirty.

Q  Did you have the light on in the kitchen at the beginning?

A  I don't recall if the lights were on in the house.

Q  Was anybody in the house when you got there?

A  I don't recall.

Q  Do you recall whether there was police tape around the house when you got there?

A  No.

Q  You don't recall or there was no police tape?

A  I don't recall.

Q  I don't have any more questions.

26

MR. RETTER:  I'm going to pass my baton.

MR. PLEBAN:  Nothing.

MR. HEIGELE:  I don't have any questions.

MR. BRETT:  No questions.

MR. SCHOCK:  Ma'am, thank you very much. You have a right to read the deposition that you've just given to make sure that the court reporter took it down accurately word for word.

THE WITNESS:  Okay.

MR. SCHOCK:  Or you can figure she did the job correctly and you can waive your signature. Which would you like to do?

THE WITNESS:  I'd prefer to read it.

MR. SCHOCK:  Okay. So what we'll do is now we'll stop the deposition, and then will you stay and make arrangements with her as to how you're going to accomplish that?

THE WITNESS:  Okay.

MR. SCHOCK:  That concludes the deposition.

*****

27

NOTARIAL CERTIFICATE

STATE OF MISSOURI   )
                    ) ss
COUNTY OF ST. CHARLES )

I, CHRISTINE A. LePAGE, a Certified Court Reporter and a duly commissioned Notary Public within and for the State of Missouri, do hereby certify that there came before me at the offices of Barklage, Brett & Hamill,

BECKY MARIE MERKEL,

who was by me first duly sworn to testify to the truth and nothing but the truth of all knowledge touching and concerning the matters in controversy in this cause; that the witness was thereupon carefully examined under oath and said examination was reduced to writing by me; that the signature of the witness was expressly not waived, and that this deposition is a true and correct record of the testimony given by the witness.

I further certify that I am neither attorney nor counsel for, nor related nor employed by any of the parties to the action in which this deposition is taken; further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in this action.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 21st day of November, 2017.

My Commission expires March 2, 2019.

_____
Notary Public

28

COURT REPORTING ASSOCIATES
P.O. Box 440014
St. Louis, Missouri 63144
(314) 961-6306
(314) 265-4602

November 21, 2017

Ms. Becky Marie Merkel
bmerkel@lcsomo.com

RE: Russell Scott Faria vs. Sergeant Ryan J. McCarrick, et al.
    Video Deposition of Becky Marie Merkel

Dear Ms. Merkel,

Attached is your copy of the deposition in the above-styled case as well as errata sheets and an original signature page. Please read your deposition and enter any corrections that you believe are necessary on the attached errata sheets. After you have completed this, sign the original signature page (Page 32) and errata sheet(s) before a Notary Public.

Please return the errata sheet(s) and the original signature page to W. Bevis Schock, Esq., 7777 Bonhomme Avenue, Suite 1300, St. Louis, Missouri 63105. Receipt of these documents is requested before December 18, 2017.

If you have any questions, please feel free to call. Thanks for your cooperation in this matter.

Sincerely,


Christine A. LePage
RPR, CCR-MO, CSR-IL

attachments

---

BECKY MARIE MERKEL
NAME OF WITNESS

DEPOSITION CORRECTION SHEET

In Re: Russell Scott Faria vs. Sergeant Ryan J. McCarrick, et al.

Upon reading the deposition and before subscribing thereto, the deponent indicated the following changes should be made:

Page _____ Line _____ Should read:
    Reason assigned for change:

Page _____ Line _____ Should read:
    Reason assigned for change:

Page _____ Line _____ Should read:
    Reason assigned for change:

Page _____ Line _____ Should read:
    Reason assigned for change:

Page _____ Line _____ Should read:
    Reason assigned for change:

_____
Deponent
(Please sign)

30

---

BECKY MARIE MERKEL
NAME OF WITNESS

DEPOSITION CORRECTION SHEET

In Re: Russell Scott Faria vs. Sergeant Ryan J. McCarrick, et al.

Upon reading the deposition and before subscribing thereto, the deponent indicated the following changes should be made:

Page _____ Line _____ Should read:
    Reason assigned for change:

Page _____ Line _____ Should read:
    Reason assigned for change:

Page _____ Line _____ Should read:
    Reason assigned for change:

Page _____ Line _____ Should read:
    Reason assigned for change:

Page _____ Line _____ Should read:
    Reason assigned for change:

_____
Deponent
(Please sign)

31

---

_____
BECKY MARIE MERKEL


Subscribed and sworn to before me this _____ day of _____, 20___.

My Commission expires: _____.


_____
Notary Public

32

| | |
|---|---|
| '14 [1] | 13/10 |

**-**

| | |
|---|---|
| -oOo [1] | 5/1 |

**1**

| | |
|---|---|
| 10/12 [1] | 13/10 |
| 1000 [1] | 1/22 |
| 12 [1] | 13/10 |
| 1300 [2] | 3/4 29/15 |
| 14 [1] | 3/16 |
| 18 [1] | 29/16 |
| 1st [2] | 13/13 23/12 |

**2**

| | |
|---|---|
| 20 [1] | 32/7 |
| 200 [1] | 3/16 |
| 2000 [1] | 3/8 |
| 2010 [1] | 3/12 |
| 2011 [4] | 5/15 7/22 7/23 8/14 |
| 2012 [1] | 13/14 |
| 2017 [5] | 1/16 2/13 28/17 29/5 29/16 |
| 2019 [1] | 28/18 |
| 21 [1] | 29/5 |
| 211 [2] | 2/16 3/20 |
| 21st [1] | 28/17 |
| 25 [1] | 1/16 |
| 25th [1] | 2/13 |
| 265-4602 [2] | 1/25 29/3 |
| 27th [1] | 10/1 |
| 2nd [1] | 13/13 |

**3**

| | |
|---|---|
| 314 [4] | 1/24 1/25 29/3 29/3 |
| 31st [1] | 9/14 |
| 32 [1] | 29/13 |
| 3rd [1] | 13/13 |

**4**

| | |
|---|---|
| 440014 [2] | 1/23 29/2 |
| 4602 [2] | 1/25 29/3 |
| 4:16-CV-01175-JAR [2] | 1/7 2/7 |

**6**

| | |
|---|---|
| 6306 [2] | 1/24 29/3 |
| 63105 [2] | 3/5 29/15 |
| 63117 [1] | 3/13 |
| 63144 [3] | 1/24 3/9 29/2 |
| 63301 [1] | 3/21 |
| 64105 [1] | 3/17 |

**7**

| | |
|---|---|
| 7777 [2] | 3/4 29/15 |

**9**

| | |
|---|---|
| 961-6306 [2] | 1/24 29/3 |

**A**

| | |
|---|---|
| about [30] | 5/10 6/21 7/12 8/3 8/7 8/10 10/18 11/24 12/5 12/8 12/15 12/16 12/17 12/22 13/6 13/16 16/21 17/19 19/7 20/7 21/6 21/7 21/12 21/18 21/21 21/21 21/22 21/24 21/25 23/3 |
| above [1] | 29/10 |
| accomplish [1] | 27/16 |
| accurately [2] | 19/15 27/8 |
| action [2] | 28/14 28/16 |
| activity [1] | 11/13 |
| actually [3] | 13/24 14/7 19/6 |
| admissibility [1] | 9/7 |
| after [3] | 18/15 25/24 29/12 |
| afternoon [1] | 2/15 |
| afterwards [1] | 20/2 |
| again [1] | 24/25 |
| age [1] | 5/3 |
| al [5] | 1/8 2/8 29/8 30/4 31/4 |
| all [11] | 6/5 8/7 13/17 14/5 15/17 18/14 21/21 23/8 24/2 25/17 28/9 |
| already [2] | 11/25 12/2 |
| also [2] | 3/22 16/17 |
| am [3] | 13/19 28/13 28/15 |
| among [1] | 20/24 |
| announce [1] | 6/5 |
| any [22] | 7/9 8/23 9/19 11/12 11/12 12/8 12/19 12/22 15/15 15/20 17/13 18/18 20/24 21/6 24/24 26/2 26/25 27/3 28/14 28/15 29/11 29/17 |
| anybody [3] | 21/12 24/16 26/18 |
| anything [7] | 15/1 20/8 21/21 21/21 22/21 24/3 24/22 |
| appear [1] | 10/8 |
| appearances [1] | 6/6 |
| are [5] | 6/16 7/3 7/7 25/23 29/12 |
| area [12] | 15/13 15/14 15/23 16/6 16/7 16/23 17/1 17/2 18/2 18/3 18/14 21/20 |
| areas [2] | 24/6 24/7 |
| around [2] | 11/16 26/21 |
| arrangements [1] | 27/16 |
| arrived [1] | 22/1 |
| artist [1] | 16/15 |
| as [19] | 5/5 6/24 12/17 14/1 14/24 14/24 15/4 15/4 16/1 16/6 16/9 17/14 18/5 19/20 19/20 24/1 27/16 29/11 29/11 |
| ask [2] | 6/21 24/25 |
| asked [1] | 13/4 |
| ASKEY [3] | 3/14 3/22 6/12 |
| asking [2] | 6/23 25/23 |
| assigned [10] | 30/9 30/12 30/15 30/18 31/9 31/12 31/15 31/18 31/21 |
| ASSOCIATES [2] | 1/23 29/1 |
| Association [1] | 7/15 |
| assume [1] | 16/17 |
| attached [2] | 29/10 29/12 |
| attaches [1] | 13/2 |
| attachments [1] | 29/22 |
| attempted [4] | 14/18 18/22 19/1 19/1 |
| attended [1] | 8/5 |
| attorney [3] | 6/8 28/13 28/15 |
| attorneys [1] | 6/16 |
| Avenue [2] | 3/4 29/15 |
| aware [1] | 20/4 |

**B**

| | |
|---|---|
| back [5] | 17/5 18/8 18/11 18/23 23/19 |
| bag [3] | 24/23 25/1 25/4 |
| bags [1] | 24/21 |
| Barklage [3] | 2/16 3/19 28/7 |
| baton [1] | 27/1 |
| be [10] | 9/8 10/9 13/18 16/20 17/7 17/13 18/15 21/20 30/6 31/6 |
| beaming [1] | 15/2 |
| because [3] | 11/25 18/7 18/7 |
| BECKY [1] | 5/2 |
| Becky [4] | 5/12 5/13 28/8 29/6 29/8 30/1 31/1 32/3 |
| bedroom [2] | 18/5 18/9 |
| been [9] | 5/3 9/23 10/25 14/11 15/15 20/2 21/19 22/19 26/11 |
| before [15] | 2/17 7/25 10/23 13/7 14/11 14/12 19/5 26/5 26/6 28/7 29/13 29/16 30/5 31/5 32/6 |
| beginning [1] | 26/15 |
| behalf [3] | 1/15 2/13 5/5 |
| being [1] | 12/13 |
| beings [1] | 12/18 |
| believe [3] | 9/21 12/10 29/12 |
| Bend [1] | 3/12 |
| best [2] | 16/16 16/19 |
| Betsy [3] | 6/22 8/16 22/22 |
| between [2] | 2/14 24/11 |
| Bevis [4] | 3/3 5/8 13/1 29/15 |
| Big [1] | 3/12 |
| birth [1] | 5/14 |
| bmerkel [1] | 29/6 |
| body [1] | 18/16 |
| Bonhomme [2] | 3/4 29/15 |
| both [1] | 20/14 |
| Boulevard [1] | 3/12 |
| Box [2] | 1/23 29/2 |
| Brett [5] | 2/16 3/19 3/19 6/14 28/7 |
| briefed [2] | 22/1 22/3 |
| Briefly [1] | 20/3 |
| bright [2] | 16/1 16/1 |
| brought [3] | 8/23 9/8 13/23 |
| buccal [1] | 8/23 |

**C**

| | |
|---|---|
| cabinet [2] | 16/11 26/4 |
| cabinets [1] | 25/7 |
| call [5] | 9/13 9/20 11/14 22/25 29/17 |
| call-out [4] | 9/13 9/20 11/14 22/25 |
| called [1] | 8/19 |
| came [1] | 28/7 |
| camera [12] | 18/23 18/24 18/25 19/2 19/8 19/20 19/25 20/5 20/8 20/10 20/25 21/2 |
| cameras [5] | 19/4 19/6 20/12 20/14 20/16 |
| can [8] | 13/3 18/24 19/4 19/6 19/19 24/25 27/10 27/11 |
| car [1] | 20/22 |
| carefully [1] | 28/10 |
| carpet [1] | 15/25 |
| carpeted [1] | 15/13 |
| case [12] | 1/7 2/7 5/9 5/23 6/19 8/19 8/24 9/13 12/9 13/3 13/17 29/11 |
| cases [1] | 14/5 |
| cause [1] | 28/10 |
| CCR [2] | 1/22 29/21 |
| CCR-MO [1] | 29/21 |
| certificate [4] | 5/14 7/16 8/4 28/1 |
| certificates [1] | 7/9 |
| Certified [4] | 2/18 7/13 7/17 28/5 |
| certify [2] | 28/6 28/13 |
| cetera [1] | 9/9 |
| chain [1] | 9/4 |
| change [10] | 30/9 30/12 30/15 |

## C

change... [7]   30/18 30/21 31/9 31/12 31/15 31/18 31/21
changes [2]   30/6 31/6
Charles [5]   2/17 3/20 8/20 22/24 28/4
check [1]   18/5
checking [1]   18/14
Chris [1]   6/11
Christine [4]   1/22 2/17 28/5 29/20
Christopher [1]   3/15
circular [1]   17/15
City [1]   3/17
class [2]   8/5 8/6
clean [1]   26/13
cleanliness [1]   26/9
cleanup [2]   21/19 21/20
clear [1]   24/20
clock [1]   11/16
collect [1]   7/4
come [2]   10/18 13/16
comes [1]   7/5
Commission [2]   28/18 32/8
commissioned [1]   28/6
committed [1]   12/16
completed [1]   29/12
concerning [1]   28/10
concludes [1]   27/19
condition [1]   26/8
conducted [2]   13/18 24/6
consistent [1]   21/3
contamination [1]   24/20
controversy [1]   28/10
cooperation [1]   29/17
copy [1]   29/10
Coronado [1]   3/16
correct [13]   5/17 5/24 6/3 6/18 8/2 8/9 9/3 9/9 11/17 12/4 21/5 25/5 28/12
CORRECTION [2]   30/3 31/3
corrections [1]   29/12
correctly [1]   27/11
couch [1]   16/24
could [5]   15/24 20/1 22/19 25/2 25/2
couldn't [1]   14/25
counsel [2]   28/14 28/15
County [10]   2/17 3/18 6/14 6/25 8/20 9/24 13/19 20/14 22/24 28/4
County's [1]   8/21
couple [1]   23/3
court [10]   1/1 1/23 2/1 2/18 5/11 9/7 9/8 27/7 28/5 29/1
covering [1]   14/20
covers [1]   25/7
crime [10]   6/24 7/13 8/20 8/20 8/21 13/20 14/2 14/2 14/3 22/8
CSR [1]   29/21
CSR-IL [1]   29/21
current [1]   6/23
custody [2]   9/5 10/9
cut [1]   24/16
CV [2]   1/7 2/7

## D

dark [4]   14/23 14/24 14/25 15/4
date [1]   10/4
day [11]   2/13 2/15 10/6 15/3 23/9 23/14 23/16 23/17 23/20 28/17 32/6
days [2]   11/13 12/20
Dear [1]   29/9
December [2]   8/14 29/16
decide [1]   24/4
decided [1]   24/2
defendant [4]   3/10 3/14 3/18 5/22
Defendants [4]   1/9 2/9 3/6 6/8
depict [1]   19/20
deponent [4]   30/6 30/23 31/6 31/23
deposes [1]   5/4
deposition [14]   1/14 2/12 27/6 27/15 27/19 28/12 28/14 29/8 29/10 29/11 30/3 30/5 31/3 31/5
describe [1]   17/8
description [1]   7/19
Detective [5]   10/17 22/7 22/7 24/11 24/12
detectives [2]   8/22 8/24
did [64]
didn't [5]   18/8 18/10 18/10 21/22 23/11
difference [2]   19/18 19/21
different [1]   20/8
digital [1]   19/2
Direct [2]   4/4 5/6
dirty [2]   26/12 26/13
discuss [1]   13/4
discussion [2]   20/24 21/6
discussions [2]   12/8 12/15
distinctly [1]   21/2
distribute [1]   15/6
DISTRICT [4]   1/1 1/2 2/1 2/2
DIVISION [2]   1/2 2/2
DNA [3]   9/21 10/21 10/23
do [46]
document [1]   7/4
documents [1]   29/16
does [1]   15/7
doesn't [1]   19/20
don't [24]   10/4 10/7 10/12 11/11 12/21 13/8 17/10 17/12 20/21 21/1 21/6 21/8 21/11 22/4 23/7 23/25 26/7 26/13 26/16 26/19 26/23 26/24 26/25 27/3
done [5]   14/10 16/6 18/7 22/24 25/18
door [1]   16/22
dots [4]   17/7 17/8 17/8 17/23
down [2]   23/1 27/7
draw [1]   16/13
Drive [2]   13/13 13/21
dual [1]   14/1
duly [3]   5/3 28/6 28/9
during [4]   9/13 9/20 12/20 15/3
duties [1]   7/3

## E

EASTERN [4]   1/1 1/2 2/2 2/2
effort [2]   24/11 24/19
eight [1]   2/14
either [2]   6/19 26/12
else [2]   22/21 24/3
employed [2]   28/14 28/15
employee [1]   28/15
employees [1]   7/5
enter [2]   16/25 29/11
entered [1]   25/23
errata [4]   29/11 29/12 29/13 29/14
Esq [6]   3/4 3/7 3/11 3/15 3/19 29/15
et [6]   1/8 2/8 9/9 29/8 30/4 31/4
evening [1]   10/2
eventually [1]   23/1
ever [4]   10/23 14/11 19/13 21/12
evidence [26]   6/24 7/5 7/14 7/15 7/17 8/8 8/10 8/22 8/25 9/8 9/8 9/15 12/13 12/14 13/23 13/25 14/2 14/2 14/3 22/23 22/25 23/18 23/22 25/15 26/4 26/11
exact [1]   14/16
examination [3]   4/4 5/6 28/11
examined [1]   28/10
excuse [1]   9/15
expires [2]   28/18 32/8
explain [1]   13/23
expressly [1]   28/11

## F

facility [1]   23/2
facings [4]   16/11 25/9 25/10 26/4
fact [1]   9/14
fair [2]   13/5 18/15
familiar [1]   11/3
FARIA [12]   1/5 2/5 5/9 6/22 8/16 12/11 13/12 15/24 22/22 29/7 30/4 31/4
Faria's [1]   9/21
feel [1]   29/17
feet [2]   9/21 10/22
few [1]   8/1
field [1]   7/10
figure [1]   27/10
final [1]   8/15
financially [1]   28/16
fine [2]   10/8 11/12
finished [1]   24/4
firm [3]   3/7 3/11 3/19
first [6]   5/3 13/13 14/14 22/13 23/8 28/9
floor [10]   16/11 16/12 17/5 17/9 17/20 19/19 24/13 25/14 26/9 26/11
flooring [1]   26/4
Floyd [1]   10/17
fluoresce [1]   19/19
fluoresced [10]   16/3 16/4 16/9 17/1 17/3 17/16 18/2 18/3 24/7 24/7
fluorescence [1]   17/17
following [3]   10/6 30/6 31/6
follows [1]   5/5
forenoon [1]   2/14
form [1]   8/25
forth [1]   18/23
found [1]   15/24
four [3]   11/13 12/20 22/17
frame [1]   13/4
free [1]   29/17
front [1]   16/22
full [1]   5/11
function [1]   10/19
functioning [1]   21/3

777

**F**

further [2]   28/13 28/15

**G**

gathered [4]   8/24 9/9 10/23 11/7
gathering [2]   8/10 13/24
general [1]   21/9
get [8]   8/3 13/9 13/11 19/5 23/9 24/13 25/18 26/3
getting [3]   20/7 24/17 25/14
give [2]   8/25 16/14
given [3]   5/14 27/6 28/12
giving [1]   5/10
glowing [1]   16/2
go [7]   10/13 10/21 13/11 18/8 23/1 25/2 26/3
going [10]   11/24 16/17 16/19 16/20 19/5 20/7 22/2 24/3 27/1 27/16
Good [1]   11/19
got [7]   7/21 7/25 13/7 24/16 25/24 26/18 26/21
group [1]   24/11
guess [2]   8/1 9/4

**H**

had [21]   5/15 7/1 9/2 10/8 10/23 12/2 12/14 12/15 13/17 14/10 14/11 15/15 19/25 19/25 20/2 21/15 21/19 23/1 25/11 26/3 26/11
Hamill [3]   2/16 3/20 28/7
hand [1]   28/17
handcuffs [1]   10/11
handled [1]   9/17
Hanley [1]   3/8
happen [3]   18/10 18/11 22/2
happened [1]   10/1
happening [2]   15/9 24/24
hard [2]   15/14 16/7
HARNEY [2]   3/6 6/9
has [1]   9/8
have [28]   7/1 7/9 7/21 9/19 9/23 10/25 11/12 12/16 18/18 19/13 20/10 20/12 22/19 22/21 23/18 23/19 23/23 24/14 24/24 25/3 25/15 26/14 26/25 27/3 27/6 28/17 29/12 29/17
having [2]   5/3 18/25
he [6]   10/8 10/8 10/8 10/10 10/11 11/18
headed [1]   17/5
hear [1]   21/21
Heigele [2]   3/15 6/11
held [1]   7/21
Hellmich [1]   3/8
her [3]   12/14 16/19 27/16
here [6]   5/9 6/16 6/21 16/24 23/18 24/1
here's [1]   16/22
hereby [1]   28/6
hereto [1]   28/15
hereunto [1]   28/17
him [9]   10/14 11/19 11/24 11/25 12/2 12/3 12/5 12/17 13/6
his [1]   10/22
hold [3]   7/16 12/24 14/1
hole [1]   19/12
holiday [2]   23/9 23/12
hours [1]   2/14

house [12]   8/21 13/23 13/25 15/20 23/6 23/11 25/21 25/23 25/24 26/17 26/18 26/21
how [20]   7/1 7/21 8/7 8/18 10/18 11/5 11/7 13/16 14/23 17/19 19/9 19/11 20/12 23/6 24/2 24/3 24/13 25/13 25/23 27/16
huh [2]   8/9 22/16
human [1]   12/17
Hupp [2]   12/10 12/12
husband [3]   6/16 11/16 11/18

**I**

I am [1]   13/19
I'd [3]   23/19 25/15 27/13
I'll [1]   16/14
I'm [10]   6/8 6/21 12/1 12/15 12/23 16/17 16/21 22/10 25/11 27/1
IAPE [1]   7/14
idea [2]   21/15 21/18
identify [1]   5/10
IL [1]   29/21
illuminating [1]   15/6
illumination [3]   16/2 23/4 26/6
Immediately [1]   26/1
important [1]   9/4
Including [1]   25/10
indicated [3]   24/6 30/6 31/6
indicating [7]   16/22 16/23 16/24 16/25 17/1 17/2 17/3
interested [1]   28/16
International [1]   7/15
interview [3]   9/23 10/10 10/21
investigation [6]   6/22 8/15 8/18 9/20 12/6 22/22
investigations [1]   13/18
involved [9]   8/14 8/18 9/11 11/19 11/25 12/2 13/11 13/24 14/12
involvement [2]   9/19 18/18
involves [1]   9/7
is [22]   5/8 5/13 5/15 6/7 6/23 7/5 8/7 8/10 9/4 9/8 10/25 13/3 16/17 17/2 19/21 22/13 23/20 27/14 28/12 28/14 29/10 29/16
issue [1]   16/18
it [62]
it's [11]   7/13 7/13 7/14 7/17 8/6 8/12 8/12 14/2 16/20 19/4 23/18
item [1]   25/5
items [2]   14/5 24/5
its [1]   26/9

**J**

J.C [2]   3/10 6/10
January [3]   13/14 23/11 23/12
January 1st [1]   23/12
JAR [2]   1/7 2/7
Jason [2]   3/7 6/7
job [2]   13/22 27/10
Joel [2]   3/19 6/14
joking [1]   16/21
just [14]   7/18 10/1 10/13 16/15 17/17 17/23 18/2 18/3 22/9 24/16 25/4 25/12 25/17 27/6

**K**

Kansas [1]   3/17
Katz [1]   3/16
keep [3]   8/7 13/22 24/19
keeping [1]   8/10
kind [5]   17/20 17/25 19/8 19/9 19/25
King [1]   3/8
kitchen [11]   15/14 15/16 16/7 16/25 17/5 18/15 25/22 25/25 26/3 26/6 26/14
kits [1]   24/15
Knew [2]   11/5 11/7
knives [1]   24/14
know [11]   10/6 18/11 19/23 21/22 21/24 21/24 22/9 23/8 23/10 23/15 23/17
knowledge [3]   18/13 19/22 28/9
Krehbiel [1]   3/8

**L**

laid [1]   25/5
large [3]   17/8 18/1 18/1
last [1]   15/24
law [6]   3/7 3/11 3/11 3/15 3/19 13/3
lawful [1]   5/3
lcsomo.com [1]   29/6
leads [3]   8/22 8/24 13/18
Leah [1]   3/22
lecture [1]   8/6
left [1]   13/17
lens [1]   20/1
LePage [4]   1/22 2/17 28/5 29/20
let [1]   6/22
let's [2]   6/5 13/11
licensed [1]   7/7
light [2]   15/2 26/14
lights [1]   26/16
like [3]   14/25 20/2 27/12
LINCOLN [7]   3/18 6/14 6/25 8/21 9/24 13/19 20/14
line [12]   4/3 17/11 30/8 30/11 30/14 30/17 30/20 31/8 31/11 31/14 31/17 31/20
linoleum [2]   15/15 24/13
little [6]   19/5 19/7 19/12 19/24 19/25 26/12
live [1]   11/22
living [3]   15/13 15/23 16/24
LLC [3]   3/8 3/12 3/16
log [4]   8/25 23/18 23/22 25/15
long [4]   7/1 7/21 23/6 25/13
looked [1]   20/2
looking [2]   16/4 21/15
Louis [6]   1/24 3/4 3/9 3/12 29/2 29/15
lumination [1]   18/21
luminescence [7]   13/12 14/11 14/16 15/20 15/22 21/20 22/6

**M**

M-U-E-L-L-E-R [1]   5/21
ma'am [3]   5/8 6/15 27/5
made [3]   23/20 30/6 31/6
main [1]   18/14
Major [4]   8/19 8/24 9/13 13/17
make [4]   15/4 24/19 27/7 27/15

## M

manner [1]  9/17
many [1]  20/12
March [1]  28/18
MARIE [10]  1/14 2/12 5/2
 5/12 28/8 29/6 29/8 30/1
 31/1 32/3
Markwardt [2]  22/8 22/10
married [4]  5/22 13/2 13/7
 13/9
material [2]  11/7 15/6
matter [2]  13/24 29/17
matters [1]  28/10
May [1]  8/5
maybe [4]  13/13 15/6 21/19
 21/19
McCARRICK [10]  1/8 2/8 3/6
 6/9 22/7 22/10 24/12 29/7
 30/4 31/4
me [14]  6/22 7/12 8/3 9/1
 9/15 14/16 15/22 16/13 23/19
 25/23 28/7 28/9 28/11 32/6
mean [9]  10/5 13/3 14/7
 18/11 21/18 23/12 24/3 24/23
 25/4
MERKEL [21]  1/14 2/12 3/6
 3/10 5/2 5/12 5/25 6/8 6/10
 6/13 12/16 22/7 22/10 24/12
 28/8 29/6 29/8 29/9 30/1
 31/1 32/3
Merkels [1]  22/9
might [2]  12/16 17/13
Mike [1]  6/13
miss [2]  15/24 22/17
MISSOURI [12]  1/2 1/24 2/2
 3/5 3/9 3/12 3/17 3/21 28/3
 28/6 29/2 29/15
MO [1]  29/21
moon [1]  15/1
more [5]  7/19 8/12 22/20
 23/3 26/25
morning [1]  10/5
motions [1]  17/14
move [1]  25/3
moved [1]  16/7
MR [1]  5/7
Mr. [3]  5/25 9/21 12/16
Mr. Faria's [1]  9/21
Mr. Merkel [2]  5/25 12/16
Ms [2]  29/6 29/9
much [1]  27/5
Mueller [2]  5/19 22/10
multiple [1]  12/14
murder [7]  6/22 7/25 8/15
 10/1 11/13 12/17 22/22
my [16]  5/8 5/14 6/7 10/20
 10/20 11/18 18/13 19/22
 20/19 23/22 25/15 25/15 27/1
 28/17 28/18 32/8
myself [1]  24/11

## N

name [9]  5/8 5/11 5/14 5/15
 5/18 6/7 22/13 30/2 31/1
necessary [1]  29/12
neither [1]  28/13
New [2]  23/14 23/16
next [3]  10/5 23/9 23/17
night [1]  14/25
Nine [1]  7/2
no [28]  1/7 2/7 5/14 6/20
 7/8 7/20 10/15 11/15 11/23
 14/13 15/15 15/17 17/22 17/19
 17/22 17/24 19/17 20/9 20/11
 20/17 21/14 21/15 21/17
 24/18 25/24 26/22 26/23 27/4
nods [1]  6/1
North [2]  2/16 3/20
not [18]  11/18 16/1 16/15
 16/20 18/6 18/9 18/12 18/13
 19/9 20/18 20/25 21/3 21/20
 23/18 25/11 25/11 28/11
 28/15
NOTARIAL [1]  28/1
Notary [5]  2/19 28/6 28/21
 29/13 32/12
nothing [5]  5/4 25/5 26/10
 27/2 28/9
November [4]  7/24 7/25 28/17
 29/5
now [7]  5/22 14/10 18/18
 22/12 23/2 24/4 27/14

## O

o'clock [2]  2/14 2/15
oath [1]  28/10
objective [1]  21/13
observe [3]  14/20 15/9 15/19
observed [2]  14/18 14/19
obtain [1]  10/21
occupation [1]  6/23
October [2]  1/16 2/13
office [7]  6/25 7/6 9/1 9/24
 13/19 14/1 23/1
officer [1]  7/7
offices [3]  2/15 3/15 28/7
Oh [2]  12/21 21/24
Ohio [1]  8/5
okay [26]  5/15 6/4 7/18
 11/22 15/5 16/4 16/5 16/12
 17/4 17/7 17/13 17/19 18/7
 19/11 19/15 22/3 23/5 23/15
 23/23 24/4 24/10 25/7 26/5
 27/9 27/14 27/18
on the [1]  19/24
once [2]  13/1 13/23
one [8]  13/13 14/11 14/12
 14/14 17/25 19/4 20/10 23/20
ongoing [1]  12/6
only [4]  19/21 20/10 22/1
 23/20
oOo [1]  5/1
original [3]  29/11 29/13
 29/14
other [6]  9/19 11/13 13/17
 17/19 22/8 22/22
our [4]  6/5 22/7 23/2 24/14
out [6]  8/19 9/13 9/20 11/14
 22/25 26/10
over [6]  11/13 15/3 16/24
 18/25 23/9 24/2

## P

P.C [1]  3/20
P.O [2]  1/23 29/2
package [1]  8/25
page [15]  4/3 29/11 29/13
 29/13 29/15 30/8 30/11 30/14
 30/17 30/20 31/8 31/11 31/14
 31/17 31/20
Pam [2]  12/10 12/12
paper [6]  16/14 24/21 24/23
 25/1 25/3 25/4
part [2]  7/23 13/19
parties [2]  28/14 28/15
passed [1]  18/23
pattern [6]  17/10 17/12 17/19
 17/21 17/22 17/24
people [2]  12/14 20/24
person [2]  14/7 20/19
personal [1]  11/20
Petruska [1]  3/11
photograph [4]  14/18 19/10
 19/11 20/1
photographs [1]  18/22
photography [3]  18/19 18/25
 22/5
photos [1]  19/1
physically [1]  19/19
picture [4]  16/13 17/25 19/23
 19/24
pictures [5]  19/13 19/15
 20/16 21/3 21/13
piece [1]  16/14
pieces [1]  25/14
place [2]  9/2 15/17
Plaintiff [6]  1/6 1/15 2/6
 2/13 3/3 5/5
played [1]  10/18
please [8]  5/10 5/20 17/8
 29/11 29/14 29/17 30/24
 31/24
Pleban [3]  3/11 3/11 6/10
point [6]  10/2 11/19 12/19
 13/1 13/5 15/16
police [3]  7/7 26/20 26/23
position [2]  7/1 7/3
possibility [1]  20/23
possible [1]  15/4
prefer [1]  27/13
preparation [1]  14/20
presence [2]  10/20 10/20
present [3]  3/22 13/15 13/16
preserve [2]  7/4 11/7
prevent [1]  25/3
printout [1]  19/5
prior [1]  5/15
privilege [1]  13/2
process [3]  11/3 14/4 25/13
processed [1]  8/20
processing [1]  22/24
professional [3]  2/18 7/10
 16/15
project [1]  11/17
properly [1]  20/25
property [7]  7/13 7/15 7/17
 8/12 9/15 22/23 23/2
Prosecutor [1]  6/11
Public [5]  2/19 28/6 28/21
 29/13 32/12
pulls [2]  25/10 25/11
purposes [1]  8/13
put [4]  15/3 24/22 25/1 25/4

## Q

questions [7]  5/7 6/21 23/3
 26/25 27/3 27/4 29/17

## R

random [1]  17/7
Ray [1]  10/17
RE [3]  29/7 30/4 31/4
read [13]  27/6 27/13 29/11
 30/8 30/11 30/14 30/17 30/20
 31/8 31/11 31/14 31/17 31/20
reading [2]  30/5 31/5
really [1]  21/15

**R**

Reason [10]  30/9 30/12 30/15
 30/18 30/21 31/9 31/12 31/15
 31/18 31/21
reasonable [1]  25/17
recall [25]  10/4 10/7 10/12
 11/12 12/9 12/21 13/8 17/10
 17/11 17/12 17/13 18/24
 20/21 21/1 22/4 22/19 23/7
 23/25 26/7 26/8 26/16 26/19
 26/20 26/23 26/24
Receipt [1]  29/15
receive [1]  9/14
received [2]  8/22 12/14
record [1]  28/12
red [1]  18/25
reduced [1]  28/11
refer [2]  23/19 25/15
reference [1]  10/2
reflect [1]  19/16
Registered [1]  2/17
related [1]  28/14
relationship [2]  11/20 12/3
relative [1]  28/15
remember [12]  11/9 15/5 18/1
 21/2 21/6 21/8 21/9 23/24
 24/2 25/20 26/12 26/13
removed [2]  15/15 24/7
report [1]  25/16
Reported [1]  1/22
reporter [5]  2/18 2/18 5/11
 27/7 28/6
REPORTING [2]  1/23 29/1
represent [3]  5/8 6/16 6/19
represented [5]  3/3 3/7 3/10
 3/14 3/18
requested [6]  10/20 10/21
 11/9 11/10 13/20 29/16
residence [1]  24/5
respond [1]  23/11
responded [1]  13/21
retain [1]  14/5
retrieve [1]  23/2
Retter [2]  3/7 6/8
return [1]  29/14
right [14]  5/16 6/2 6/17 9/5
 14/7 15/7 16/2 18/14 23/12
 23/13 24/8 25/8 25/13 27/6
Road [1]  3/8
role [2]  14/1 14/16
romantic [1]  12/3
room [10]  8/12 9/15 9/23
 10/10 10/21 14/20 15/13
 15/23 16/24 22/23
rooms [1]  15/11
routine [1]  9/17
RPR [1]  29/21
Russ [1]  12/11
RUSSELL [6]  1/5 2/5 5/9 29/7
 30/4 31/4
RYAN [5]  1/8 2/8 29/7 30/4
 31/4

**S**

said [6]  7/18 19/24 21/8
 21/10 22/10 28/11
same [1]  9/8
saw [10]  15/22 17/2 17/4
 17/9 17/17 18/17 19/16 19/19
 19/20 21/4
say [6]  6/13 11/9 14/6 14/19
 17/14 17/16

speaking
scale [2]  16/17 16/20
scalpels [1]  24/14
scene [11]  6/24 7/13 8/20
 8/21 13/20 14/2 14/2 14/3
 19/25 22/1 22/8
scenes [2]  8/21 14/4
Schock [4]  3/4 5/7 5/8 29/15
SCOTT [5]  1/5 2/5 29/7 30/4
 31/4
screen [1]  19/7
seal [1]  28/17
search [1]  23/23
second [2]  12/24 14/7
see [10]  14/25 15/24 16/8
 17/20 18/9 18/11 19/4 19/6
 19/24 20/1
seem [1]  17/7
seen [2]  17/13 19/13
seized [5]  7/5 12/13 22/25
 24/5 25/6
sense [2]  18/10 21/9
SERGEANT [5]  1/8 2/8 29/7
 30/4 31/4
set [1]  28/17
setting [1]  18/23
several [1]  25/7
shape [1]  25/12
she [1]  27/10
she's [2]  16/19 22/12
sheet [4]  29/13 29/14 30/3
 31/3
sheets [2]  29/11 29/12
sheriff's [7]  6/25 7/6 9/1
 9/24 13/19 14/1 23/1
shoot [1]  19/7
short [1]  5/13
should [13]  6/13 30/6 30/8
 30/11 30/14 30/17 30/20 31/6
 31/8 31/11 31/14 31/17 31/20
showed [2]  16/1 17/25
sign [3]  29/12 30/24 31/24
signature [5]  27/11 28/11
 29/11 29/13 29/15
Since [1]  7/22
Sincerely [1]  29/18
sink [1]  17/1
sit [1]  24/1
sits [1]  23/2
six [1]  2/14
small [1]  17/8
snap [1]  19/23
so [28]  5/13 6/5 6/22 7/14
 7/25 8/19 8/23 9/13 11/12
 13/20 13/23 14/3 14/4 14/10
 14/14 16/6 16/22 17/4 18/14
 18/25 19/4 19/23 21/15 22/9
 22/9 23/12 24/22 27/14
soak [1]  24/23
some [7]  6/21 13/1 16/11
 17/17 17/23 19/6 26/11
somebody [1]  22/18
somebody's [1]  20/22
someone [1]  10/23
something [7]  5/13 10/25
 18/24 20/4 21/18 25/1 25/2
sometimes [1]  25/12
somewhat [1]  17/15
sorry [2]  12/1 22/11
sort [3]  16/1 17/14 25/2
sound [1]  15/7
South [2]  3/8 3/12
speak [1]  21/12

speaking
Specialist [1]  7/17
specific [1]  21/8
speed [1]  25/17
Spell [1]  5/20
splotch [2]  18/1 18/1
spousal [1]  13/2
spray [4]  15/11 15/17 15/19
 18/9
sprayed [4]  15/11 15/18 15/19
 18/9
sprayer [1]  15/6
Squad [3]  8/19 9/13 13/17
SS [1]  28/3
St [10]  1/24 2/16 3/4 3/9
 3/12 3/20 22/24 28/4 29/2
 29/15
St. [1]  8/20
St. Charles [1]  8/20
stain [1]  15/25
stairwell [1]  16/23
stands [1]  26/10
stars [1]  15/1
start [2]  6/23 10/13
STATE [2]  28/3 28/6
statement [1]  18/15
statements [1]  8/23
STATES [2]  1/1 2/1
stay [1]  27/15
stayed [1]  8/21
still [2]  15/17 15/24
stop [2]  24/24 27/15
storage [1]  8/13
stored [1]  9/2
straight [1]  24/21
Street [3]  2/16 3/16 3/20
styled [1]  29/11
Subscribed [1]  32/6
subscribing [2]  30/5 31/5
Suite [3]  3/4 3/16 29/15
Sumac [2]  13/13 13/21
sure [5]  12/23 16/14 25/1
 25/11 27/7
surface [2]  15/14 16/7
surfaces [1]  24/19
suspect [1]  12/12
suspects [1]  12/9
swabbed [1]  9/21
swabs [2]  8/23 10/4
sworn [3]  5/3 28/9 32/6

**T**

Tabitha [3]  22/8 22/14 22/15
take [3]  18/22 19/6 20/16
taken [5]  1/15 2/12 13/12
 20/2 28/14
taking [3]  21/3 21/13 22/23
talk [4]  12/16 12/17 12/22
 13/6
talking [4]  10/13 11/24 12/5
 12/15
tape [3]  18/25 26/20 26/23
technician [5]  6/24 7/14 14/3
 14/4 22/8
tell [5]  7/12 8/3 10/1 14/16
 15/22
terms [2]  9/25 26/9
test [9]  8/6 13/12 14/17
 16/6 18/16 22/6 24/2 26/6
 26/6
tested [1]  15/23
testify [3]  5/3 5/9 28/9
testimony [1]  28/12

```
T                              two [4]    6/16 12/17 20/13      15/13 15/14 27/11 28/14
tests [2]    14/11 24/6         22/9                           who [9]    10/16 11/9 12/8
than [3]    7/19 17/19 22/22   type [2]    17/14 17/15          12/16 22/3 22/5 22/19 24/10
thank [2]    6/7 27/5          U                                28/9
Thanks [1]    29/17            Uh [2]    8/9 22/16             whole [1]    5/4
that [100]                     Uh-huh [2]    8/9 22/16         why [3]    13/4 13/23 20/18
that's [15]    5/14 6/2 9/11   under [1]    28/10              will [2]    10/1 27/15
 10/8 11/12 13/4 13/5 14/7     understand [4]    6/15 12/12    Wilson [1]    22/12
 14/9 16/4 16/21 18/17 19/9     14/10 16/15                    windows [2]    14/21 15/4
 20/23 22/19                   understood [1]    12/13         wiping [1]    17/14
their [4]    8/24 22/25 23/1   unit [3]    8/20 8/21 13/20     withhold [1]    14/4
 25/12                         UNITED [2]    1/1 2/1           within [1]    28/6
them [8]    6/19 19/20 24/16   until [1]    23/11              witness [7]    6/1 28/10 28/11
 24/17 24/22 24/23 25/4 25/11  up [6]    14/20 16/1 24/13       28/12 28/17 30/2 31/1
themselves [1]    24/17         24/16 24/17 25/14              word [4]    14/6 16/4 27/8 27/8
then [10]    5/18 8/6 8/25     Upon [2]    30/5 31/5           words [1]    21/8
 11/18 15/5 16/6 16/25 19/24   us [1]    13/20                 work [4]    6/24 12/5 23/16
 24/8 27/15                    using [1]    14/6                25/17
there [30]    6/16 10/13 12/8  utility [1]    24/14            working [2]    11/16 20/25
 12/23 13/11 14/23 15/1 15/5   V                               would [10]    5/10 8/25 9/23
 16/8 17/8 17/14 17/20 17/25   very [2]    9/4 27/5             10/25 17/16 18/15 19/23
 18/8 18/12 20/24 20/24 21/18  VIDEO [3]    1/14 2/12 29/8      19/24 21/20 27/11
 21/19 21/19 22/17 22/19 23/9  viewfinder [1]    19/12         wouldn't [1]    24/23
 25/7 26/11 26/18 26/20 26/21  W                               writing [1]    28/11
 26/23 28/6                    waive [1]    27/11              written [1]    8/23
there's [8]    13/2 13/3 15/1  waived [1]    28/11             wrong [2]    18/24 20/4
 16/22 16/24 17/1 22/9 25/2    walk [5]    16/23 25/21 25/24   Y
thereto [2]    30/6 31/6        26/5 26/6                      yeah [4]    12/25 13/5 25/10
thereupon [1]    28/10         walked [4]    25/20 25/21 25/21  25/12
these [4]    12/15 19/6 21/13   26/8                           year [1]    8/15
 29/16                         wall [1]    17/2                Year's [2]    23/14 23/16
they [12]    8/25 12/10 13/2   want [1]    16/13               years [1]    7/2
 15/17 17/11 18/11 18/14       warrant [1]    23/23            yes [34]
 18/16 20/14 22/25 24/21       was [87]                        you [187]
 25/11                         wasn't [3]    18/7 20/19 21/18  you're [11]    5/9 5/22 9/11
they're [1]    25/12           way [4]    16/25 24/24 25/3      11/3 14/3 14/3 14/6 16/15
things [2]    14/21 15/3        26/12                           19/5 19/7 27/16
think [7]    10/5 13/1 13/3    we [11]    8/22 12/14 13/3      you've [1]    27/6
 19/15 20/7 23/6 25/13          13/20 16/6 19/9 24/4 24/5      your [17]    5/10 5/18 6/16
Third [3]    2/16 3/16 3/20     24/5 24/7 24/14                 6/23 7/3 7/9 9/15 11/16
this [25]    5/22 6/19 7/25 9/4 we'll [2]    27/14 27/15        13/22 14/14 14/16 16/15
 11/13 11/17 13/24 14/11       we're [1]    16/4                22/23 27/11 29/10 29/11
 14/14 16/23 16/25 17/1 17/2   week [1]    8/15                 29/17
 17/2 22/6 23/3 24/4 28/10     weekend [1]    23/9             yourself [2]    5/10 14/7
 28/12 28/14 28/16 28/17       weeks [1]    8/1
 29/12 29/17 32/6              well [7]    9/25 16/9 18/5
those [8]    11/13 14/12 19/4   19/20 24/4 25/1 29/11
 19/13 19/20 20/16 24/7 25/14  went [2]    9/14 24/21
though [1]    11/25            were [29]    3/7 8/14 8/18 11/9
thought [2]    7/18 13/22       11/19 11/24 11/25 12/2 12/5
through [6]    7/14 9/14 13/18  12/8 12/9 12/10 13/16 13/18
 19/12 19/12 20/1               13/24 15/3 15/17 17/7 17/11
tiles [1]    15/15              18/14 19/1 20/4 20/14 21/8
time [7]    10/2 11/20 12/3     21/15 22/17 23/6 25/7 26/16
 12/22 13/4 23/8 26/2          weren't [1]    24/3
title [1]    7/19              West [1]    3/16
today [1]    24/1              what [36]
together [1]    11/22          What's [1]    19/18
Toledo [1]    8/5              whatever [3]    23/20 23/22
took [5]    8/6 10/4 18/22      24/22
 25/13 27/7                    when [19]    9/25 10/2 10/9
tool [1]    24/14               13/9 13/20 14/6 14/19 15/1
top [2]    24/22 25/5           15/17 15/19 19/23 22/1 22/24
touching [1]    28/9            24/5 25/20 25/21 26/8 26/18
toward [1]    17/5              26/21
track [3]    8/7 8/10 13/22    where [11]    9/22 15/24 16/10
trained [1]    10/25            16/12 17/2 17/14 17/14 18/16
trip [1]    23/20               18/17 19/4 20/20
true [2]    23/21 28/12        WHEREOF [1]    28/17
truth [5]    5/4 5/4 5/4 28/9  whether [3]    23/15 25/20 26/20
 28/9                          which [7]    9/7 9/14 13/3
try [1]    20/16
```

781