UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RUSSELL SCOTT FARIA, | ) |
|     Plaintiff, | ) ) ) |
| | )   Case No 4:16-CV-01175-JAR |
| v. | ) ) |
| SERGEANT RYAN J. MCCARRICK, et al., | ) ) ) |
|     Defendants. | ) ) |

## JOINT MOTION FOR STATUS CONFERENCE

COMES NOW, the Parties, and hereby jointly request a status conference. Defendants filed Summary Judgment Motions. Regardless of the outcome, the Parties anticipate an appeal due to the nature of the case. As such, the Parties do not believe that the current trial date will hold. There are pre-trial due dates that are approaching. The Parties respectfully request a status conference to discuss these issues.

Respectfully submitted,

PLEBAN & PETRUSKA LAW, L.L.C.

By: /s/ J.C. Pleban
J.C. Pleban, MO#63166
jc@plebanlaw.com
C. John Pleban, MO#24190
cpleban@plebanlaw.com
2010 South Big Bend Blvd.
St. Louis, Missouri 63117
(314) 645-6666 – Telephone
(314) 645-7376 – Facsimile
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Federal Electronic Filing System on this 29th day of January, 2019, via the Court's electronic filing system.

                                                    /s/ J.C. Pleban