UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RUSSELL SCOTT FARIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:16-CV-01175-JAR |
| | ) | |
| SERGEANT RYAN J. McCARRICK, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## <u>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE</u>

Come now all parties, Plaintiff Russell Scott Faria by counsel W. Bevis Schock, Joel J.

Schwartz Nathan T. Swanson and Hugh A. Eastwood, and Defendants Ryan McCarrick, Patrick

Harney, Michael Merkel, Leah Askey, a/k/a Leah Askey Chaney, and Lincoln County by

attorneys Christopher L. Heigele, Jason S. Retter, Robert J. Krehbiel, Joel D. Brett, and J.C.

Pleban, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) request the court to

dismiss Plaintiff's cause with prejudice, with each party to bear his/her/its own costs and fees.

Respectfully Submitted,

  /s/ W. Bevis Schock  .
W. Bevis Schock, 32551MO
Attorney at Law
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.com
Fax:    314-721-1698
Voice: 314-726-2322

  /s/ Joel J. Schwartz  .
Joel J. Schwartz, 39066MO
Rosenblum, Schwartz
120 S. Central, Ste. 130
St. Louis, MO  63105
Fax:    314-862-8050
Voice: 314-862-4332

   /s/ Nathan T. Swanson   .
Nathan T. Swanson, 62616MO
Rosenblum, Schwartz120 S. Central, Ste. 130
St. Louis, MO  63105
Fax:    314-862-8050
Voice: 314-862-4332

*Counsel for Plaintiff*

/s/ Christopher L. Heigele
_____

Steven F. Coronado          MBN 36392
Christopher L. Heigele       MBN 45733
BATY OTTO CORONADO PC
4600 Madison Avenue, Suite 210
Kansas City, MO 64112
Telephone:   (816) 531-7200
Facsimile:   (816) 531-7201
scoronado@batyotto.com
cheigele@batyotto.com
*Attorneys for Defendant Leah Askey*

/s/ Jason S. Retter
_____

Robert J. Krehbiel
Jason S. Retter              MBN 59683
HELLMICH, HILL & RETTER, LLC
2000 South Hanley Road
St. Louis, MO 63144-1524
Telephone: (314) 646-1110
Fax: (646) 1122
jason@hellmichhillretter.com
*Attorney for Defendants McCarrick, Merkel and Harney*

/s/ Joel D. Brett
_____

Joel D. Brett                MBN 33471
BARKLAGE, BRETT & HAMILL, P.C.
211 N. Third Street
St. Charles, MO 63301
Telephone:  (636) 949-2120
Facsimile (636) 949-8786
jbrett@barklage-brett.com
*Attorney for Defendant Lincoln County*

2

/s/ J.C. Pleban

| | |
|---|---|
| J.C. Pleban | MBN 63166 |
| C. John Pleban | MBN 24190 |
| Steven R. Kratky | MBN 61442 |

PLEBAN & PETRUSKA LAW, L.L.C.
2010South Big Bend Road
St. Louis, Missouri 63114
Telephone: (314) 645-6666
Fax: (314) 645-7376
jc@plebanlaw.com
cpleban@plebanlaw.com
skratky@plebanlaw.com
*Attorneys for Defendant Michael Merkel*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2020, a true and accurate copy of the foregoing was filed electronically using the Court's e-filing system, which sent notification of the filing to:  All counsel of record.

JASON S. RETTER
HELLMICH, HILL & RETTER, LLC